UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA            )
                                    )
            v.                      )            Cr. No. 05-10209-WGY
                                    )
DANDA ERIYO                         )
                                    )

ORDER

YOUNG, D.J.

It is hereby ORDERED that the restitution previously ordered to be paid by defendant Danda Eriyo to Bank One as part of the sentence imposed July 22, 2004, shall be paid instead to JPMorgan Chase (formerly Bank One).

Dated: March /5 , 2006                     _William G. Young_____
                                            William G. Young, U.S.D.J.